IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 179

| OCIE MAYFIELD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| INGLES, | ) | |
| Defendant. | ) | |

This matter is before the Court on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).

In the course of considering the instant Application, the Court has also reviewed Plaintiff's Complaint (Doc. 1), which references a "Notice of Right to Sue" letter that Plaintiff reports receiving from the Equal Employment Opportunity Commission on May 14th, 2019. Id. at 3, ¶4. However, a copy of the letter is not attached to his Complaint. Id.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff is **DIRECTED** to file with the Clerk of Court a copy of the "Notice of Right to Sue" letter referenced in his Complaint on or before **June 28, 2019.**

2. The Court **DEFERS** ruling on Plaintiff's Application (Doc. 2) pending receipt of the "Notice of Right to Sue" letter.

Signed: June 14, 2019

W. Carleton Metcalf
United States Magistrate Judge